Tony Mantegna, administrator of the estate of Joseph Pecore, deceased, plaintiff in error, v. Cuono Arrachiello and Felicia Arrachiello, defendants in error. Gen. No. 36,323.

Opinion filed October 25, 1933.

Charles J. Trainor, for plaintiff in error. John A. Bloomingston, for defendants in error.

Mr. Justice Wilson delivered the opinion of the court.